IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COREY SEIGNIOUS,

   Petitioner,

    v.

WARDEN DRU,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-4481-TWT

ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending denying the Petition. The Petitioner's objections to the Report and Recommendation are without merit. See Coloma v. Holder, 445 F.3d 1282, 1284 (11th Cir. 2006) (a federal sentence cannot commence prior to the date it is pronounced, even if made concurrent with a sentence already being served). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of June, 2013.

                                              /s/Thomas W. Thrash
                                              THOMAS W. THRASH, JR.
                                              United States District Judge